UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | | |
|---|---|---|---|
| JASON DAN DOPLE, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| | ) | No.: | 2:17-cv-00107 |
| v. | ) | | REEVES/CORKER |
| | ) | | |
| ERIC JONES, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## ORDER

In accordance with the accompanying memorandum opinion, this pro se prisoner's civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED WITH PREJUDICE** based on Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of **DIRECTED** to close this case.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**